# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) Criminal Action No.: 5:13cr00030-5 |
| v. | ) |
| | ) |
| **CHARLES FRANKLIN BROWN,** | ) |
| | ) By: Hon. Michael F. Urbanski |
| Defendant. | ) United States District Judge |

## ORDER

This matter was referred to United States Magistrate Judge James G. Welsh pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct such proceedings as will enable him to submit to this court proposed findings of fact, conclusions of law, and a recommended disposition regarding whether or not the United States, through the actions of the Drug Enforcement Administration, failed to follow the regulations guiding the administrative forfeiture proceedings in this case. The magistrate judge held a hearing on July 2, 2015, at which the government presented additional evidence that the Drug Enforcement Administration had considered Charles William Brown's petition for remission of forfeiture in accordance with the applicable regulations. The magistrate judge issued a report and recommendation on August 11, 2015 recommending that Mr. Brown's petition be denied. No objections to the report have been filed.

The court has carefully reviewed the magistrate judge's report and finds that it should be adopted in its entirety. As such, it is hereby **ORDERED** that the report and recommendation (ECF No. 388) is **ADOPTED** and that Charles William Brown's petition for remission of forfeiture (ECF No. 341) is **DENIED**.

The Clerk is directed to send a copy of this Order to Charles William Brown and to counsel of record.

Entered:  September 14, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge