CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:13CR00030-5 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHARLES FRANKLIN BROWN | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the government's motion to dismiss (ECF No. 454) is **GRANTED**; Brown's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 397) is **DISMISSED**; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of this court. Brown's motion pursuant to the Judicial Estoppel Doctrine (ECF No. 463), is also **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 14 day of September, 2016.

/s/ Michael F. Urbanski
United States District Judge